**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Patricia McLamb and Richard McNeil, Defendants,

Of whom Patricia McLamb is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000785

―――――――――

Appeal From Lexington County
Huntley S. Crouch, Family Court Judge

―――――――――

Unpublished Opinion No. 2021-UP-071
Submitted February 18, 2021 – Filed March 5, 2021

―――――――――

**AFFIRMED**

―――――――――

Lyn Howell Hensel, of Law Office of Lyn Howell Hensel, of Columbia, for Appellant.

Lillia Ann Gray, of South Carolina Department of Social Services, of Lexington, for Respondent.

Thomas M. Neal, III, of Law Offices of Thomas M. Neal, III, of Columbia, for the Guardian ad Litem.

———————

**PER CURIAM:** Patricia McLamb appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve McLamb's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.